# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ZACHARY SANNS,<br><br>             Defendants. | Case No.  2:20-mj-00482-NJK<br><br>PROTECTIVE ORDER |

     The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the public, or any third party not directly related to this case, any documents, recordings, or other tangible things produced by the Government during discovery under Bates stamp number PO 1 (the "Protected Material"). The parties state as follows:

     1.     The Complaint in the above-referenced case first issued on June 10, 2020.

     2.     The preliminary hearing is currently set for July 28, 2020, in the above-referenced case. Although discovery is not required under Federal Rule of Criminal Procedure 16 at this time, the Government desires to produce discovery, including that discovery designated by Bates stamp numbers PO 1, as soon as possible, in preparation for the scheduled preliminary hearing and so the parties can have substantive conversations concerning negotiations.

3. The complaint in this case arises out of allegations of the false personation of a federal law enforcement officer. The Protected Material includes materials from the defendant's phone related to those allegations. Those materials also include personal identifying information that should not be publicly available, unless necessary at a hearing or trial.

4. In order to protect such privacy interests of individuals, the parties intend to restrict access to the Protected Material in this case to the following individuals: the defendants, attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorney's duties in the prosecution or defense of this case, including investigators, paralegals, support staff, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

5. Without leave of Court, the Covered Individuals shall not:

   a. make copies for, or allow copies of any kind to be made by any other person of the Protected Material in this case;

   b. allow any other person to read, listen, or otherwise review the Protected Material;

   c. use the Protected Material for any other purpose other than preparing to defend against or prosecute the charges in the Complaint or any indictment or superseding indictment arising out of this case; or

   d. attach the Protected Material to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

6. Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Material as evidence at trial or support in motion practice.

7. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's Order.

8. Should a reasonable need for this protective order cease to exist on grounds other than a Covered Individual or some other person violating or circumventing its terms, the parties will move for its dissolution for the Court's consideration.

9. This Court retains jurisdiction as to any enforcement of this protective order.

10. The parties may modify this stipulation in writing if needed.

11. The defendant, through his or her respective counsel's signature below, hereby stipulates to this protective order in each of the above-referenced cases.

Dated this 10th day of July, 2020

Respectfully submitted,

*For the United States of America:*
NICHOLAS A. TRUTANICH
United States Attorney

　/s/　
CHRISTOPHER BURTON
Assistant United States Attorney

*For Defendant Zachary Sanns*

　/s/　
DAVID T. BROWN

**IT IS SO ORDERED:**

_____
HONORABLE NANCY J. KOPPE
United States Magistrate Judge

July 10, 2020
_____
Date

3