NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov
Attorney for the  United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00482-NJK |
| Plaintiff, | Stipulation to Continue the Preliminary Hearing (Second Request) |
| vs. | |
| ZACHARY SANNS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A.

TRUTANICH, United States Attorney, and CHRISTOPHER BURTON, Assistant United

States Attorney, counsel for the United States of America, and DAVID T. BROWN, ESQ.,

counsel for Defendant ZACHARY SANNS, that the preliminary hearing  currently scheduled

for July 28, 2020, at 4:00 p.m., be vacated and continued to a date and time to be set by this

Honorable Court but no sooner than thirty (30) days.

This stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to review discovery and conduct

investigation in this case to prepare for the preliminary hearing  and determine whether there are

any issues that must be litigated prior to the preliminary hearing.

1

2.    The parties agree to the continuance.

3.    The defendant is currently not detained and does not object to a continuance.

4.    The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and complete investigation of the discovery materials being provided.

5.    Additionally, there is good cause for continuing the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the preliminary hearing, or filing of an indictment or information herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

6.    This is the second stipulation to continue filed herein.

DATED this 24th day of July, 2020.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney


        //s//
DAVID T. BROWN, ESQ.                    CHRISTOPHER BURTON
Counsel for Defendant                   Assistant United States Attorney
ZACHARY SANNS

2

1

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

3

UNITED STATES OF AMERICA,                          Case Number: 2:20-mj-00482-NJK

4

               Plaintiff,

5

         vs.                                           **ORDER**

6

ZACHARY SANNS,

7

             Defendant.

8

9       Based on the pending Stipulation of counsel, and good cause appearing therefore, the

10 Court finds that:

11         1.     Counsel for the defendant needs additional time to review discovery and conduct

12 investigation in this case to prepare for the preliminary hearing and determine whether there are

13 any issues that must be litigated prior to the preliminary hearing.

14         2.     The parties agree to the continuance.

15         3.     The defendant is currently not detained and does not object to a continuance.

16         4.     The additional time requested herein is not sought for purposes of delay, but to

17 allow counsel for defendant sufficient time within which to be able to effective and complete

18 investigation of the discovery materials being provided.

19         5.     Additionally, there is good cause for continuing the preliminary hearing under

20 Federal Rule of Criminal Procedure 5.1(d) and denial of this request for continuance could

21 result in a miscarriage of justice.  The additional time requested by this Stipulation is excusable

22 in computing the time within which the preliminary hearing, or filing of an indictment or

23 information herein must commence pursuant to the Speedy Trial Act, Title 18, United States

24 Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

3

1    Section 3161(h)(7)(B)(i) and (iv).

2         6.    This is the <u>second</u> stipulation to continue filed herein.

3         For all of the above-stated reasons, the ends of justice would best be served by a

4    continuance of the preliminary hearing date.

5                              **CONCLUSIONS OF LAW**

6         There is good cause in continuing the preliminary hearing and the ends of justice served

7    by granting said continuance outweigh the best interest of the public and the defendant, since

8    the failure to grant said continuance would be likely to result in a miscarriage of justice, would

9    deny the parties herein sufficient time and the opportunity within which to be able to effectively

10   and thoroughly prepare for the preliminary hearing, taking into account the exercise of due

11   diligence.

12        The continuance sought herein is excusable under Federal Rule of Criminal Procedure

13   5.1(d) and the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when

14   considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

15                                    **ORDER**

16        IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for July

17   28, 2020, at the hour of 4:00 p.m., be vacated and continued to Friday, August 28, 2020, at

18   the hour of 4:00 p.m., in courtroom 3C.

19

20

     DATED this 27th day of July, 2020.

21

22                                   _____
                                     THE HONORABLE NANCY J. KOPPE
23                                   UNITED STATES MAGISTRATE JUDGE

24

                                          2