DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
dbrown@brownlawlv.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ZACHARY SANNS,<br><br>　　　　　　　Defendants. | 2:20-mj-00482-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>**(Third Request)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that the preliminary hearing currently scheduled for August 28, 2020, at 4:00 p.m.be vacated and continued to a date and time to be set by this Honorable Court but no sooner than thirty (30) days.

This stipulation is entered into for the following reasons:

　　1.　　Counsel for the defendant needs additional time to review discovery, and conduct investigation in this case to prepare for the preliminary hearing and determine whether there are any issues that must be litigated prior to the preliminary hearing.

　　2.　　The Government has recently made an offer to try and resolve this matter and the parties would like time to continue to discuss a potential resolution.

　　3.　　The parties agree to the continuance.

　　4.　　The defendant is currently not detained and does not object to a continuance.

1  5. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and to work towards a favorable resolution of the case.

6. Additionally, there is good cause for continuing the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the preliminary hearing, or filing of an indictment or information herein must commence pursuant to the Speedy Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

7. This is the third stipulation to continue filed herein.

**DATED** this 18th day of August, 2020.

            /s/
DAVID T. BROWN, ESQ.
Counsel for Defendant

            /s/
CHRISTOPHER BURTON, ESQ.
United States Attorney

DAVID T. BROWN, ESQ.
Nevada Bar No.  006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
dbrown@brownlawlv.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:20-mj-00482-NJK |
| vs. | |
| ZACHARY SANNS, | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| Defendants. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to prepare for the preliminary hearing and determine whether there are any issues that must be litigated prior to the preliminary hearing.

2. The Government has recently made an offer to try and resolve this matter and the parties would like time to continue to discuss a potential resolution.

3. The parties agree to the continuance.

4. The defendant is currently not detained and does not object to a continuance.

5. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and to work towards a favorable resolution of the case.

6. Additionally, there is good cause for continuing the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the preliminary hearing, or filing of an indictment or information herein must commence pursuant to the Speedy Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

7. This is the third stipulation to continue filed herein.

## CONCLUSION OF LAW

There is good cause in continuing the preliminary hearing and the ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a l, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is excusable under Federal Rules of Criminal Procedure 5.1(d) and the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

**IT IS FURTHER ORDERED** that the preliminary hearing currently scheduled for Friday, August 28, 2020, at the hour of 4:00 p.m. be continued to continued to _____, 2020, at the hour of _____ a.m/p.m., in Courtroom #____.

**DATED** this ____ day of _____, 2020.

```
                                          THE HONORABLE NANCY J. KOPPE
                                          United States Magistrate Judge
```

4